O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 2 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

   vs.

JAIME MENDEZ RUIZ ,

     Defendant.

) Case No. LA 12-2715M
)
)
) **ORDER OF DETENTION**
)
)
)
)
)
)
)

---

I

A. ( ) On motion of the Government in a case allegedly involving:

  1. ( ) a crime of violence.

  2. ( ) an offense with maximum sentence of life imprisonment or death.

  3. ( ) a narcotics or controlled substance offense with maximum sentence of ten or more years.

  4. ( ) any felony - where defendant convicted of two or more prior offenses described above.

  5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

1

device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.    (X)    On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

    1.    (x)    a serious risk that the defendant will flee.

    2.    ( )    a serious risk that the defendant will:

        a.    ( )    obstruct or attempt to obstruct justice.

        b.    ( )    threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.    The Government ( ) is/ (x) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II

A.    ( )    The Court finds that no condition or combination of conditions will reasonably assure:

    1.    (X)    the appearance of the defendant as required.

    ( ) and/or

    2.    ( )    the safety of any person or the community.

B.    ( )    The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III

The Court has considered:

A.    the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or

1      destructive device;

2      B.      the weight of evidence against the defendant;

3      C.      the history and characteristics of the defendant; and

4      D.      the nature and seriousness of the danger to any person or the community.

5

6                  IV

7      The Court also has considered all the evidence adduced at the hearing and the

8 arguments and/or statements of counsel, and the Pretrial Services

9 Report/recommendation.

10

11                  V

12      The Court bases the foregoing finding(s) on the following:

13      A.      (X)      As to flight risk:

14      **Defendant is undocumented.  He has no ties to the community and**

15 **no bail resources.**

16      B.      ( )      As to danger:

17

18                  VI

19      A.      ( )      The Court finds that a serious risk exists the defendant will:

20            1.      ( )      obstruct or attempt to obstruct justice.

21            2.      ( )      attempt to/ ( ) threaten, injure or intimidate a witness or

22            juror.

23      B.      The Court bases the foregoing finding(s) on the following:

24

25                  VI

26      A.      IT IS THEREFORE ORDERED that the defendant be detained prior to

27 trial.

28      B.      IT IS FURTHER ORDERED that the defendant be committed to the

1    custody of the Attorney General for confinement in a corrections facility

2    separate, to the extent practicable, from persons awaiting or serving sentences

3    or being held in custody pending appeal.

4    C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable

5    opportunity for private consultation with counsel.

6    D.    IT IS FURTHER ORDERED that, on order of a Court of the United

7    States or on request of any attorney for the Government, the person in charge

8    of the corrections facility in which defendant is confined deliver the defendant

9    to a United States marshal for the purpose of an appearance in connection with

10    a court proceeding.

11

12    DATED: November 21, 2012

                              MARC L. GOLDMAN

13

14                            MARC L. GOLDMAN
                                UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4